**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEE ANN SHEPARD, | Civil Action No. |
| Plaintiff, | 25-cv-00982 |
| v. | (Judge Hardy) |
| LUYANZHENLUHENGSHENGBAIHUODIAN, ET AL., | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through its undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendants: jiyingUS, AFMaisonue, GuangZhouTingShaMaoYiYouXianGongSi, yiwushizhaolongdianzishangwuyouxiangongsi, Trend Life, Home Love Haven, SewLuxe, JoyCatF, JoyCatCi, JoyCatE, temuaa, JoyCatH, WALL DESIGN E, DG super, with each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: September 24, 2025

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC

409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff